THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRADFORD L. BENTLEY, | CASE NO. C17-0533-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| WELLS FARGO BANK, N.A, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue trial dates and extend deadlines (Dkt. No. 12). Finding good cause, the Court CONTINUES the bench trial in this matter from June 18, 2018 to December 17, 2018 at 9:30 am. The pretrial order is due by December 7, 2018. Trial briefs should be submitted by December 10, 2018. Rule 39.1 mediation shall be completed by July 16, 2018. Discovery cutoff is 120 days before trial, and the dispositive motion filing deadline is 90 days before trial.

DATED this 19th day of March 2018.

    William M. McCool
    Clerk of Court

    s/Tomas Hernandez
    Deputy Clerk

MINUTE ORDER
C17-0533-JCC
PAGE - 1