THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRADFORD L. BENTLEY,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

CASE NO. C17-0533-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to voluntarily dismiss his emotional distress claims and damages (Dkt. No. 14.) Having thoroughly considered the motion and relevant record, the Court GRANTS the motion, and hereby ORDERS that Plaintiff's claim for infliction of emotional distress (Dkt. No. 2 at 20–21) is dismissed with prejudice. (Dkt. No. 14.) Plaintiff has waived any claim to damages for emotional distress and humiliation under any cause of action. (*Id*.)

DATED this 24th day of October 2018.

                                            William M. McCool
                                            Clerk of Court

                                            s/Tomas Hernandez
                                            Deputy Clerk