UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRADFORD L. BENTLEY, | CASE NO. C17-0533-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion regarding Alternative Dispute Resolution and the trial schedule (Dkt. No. 16). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion and CONTINUES the bench trial in this matter from December 17, 2018 to March 25, 2019 at 9:30 A.M. The pretrial order is due by March 15, 2019. Trial briefs shall be submitted by March 18, 2019.

DATED this 13th day of November 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk