UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRADFORD L. BENTLEY, | CASE NO. C17-0533-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue trial date and extend deadlines (Dkt. No. 24.) Having thoroughly considered the motion and finding good cause, the Court GRANTS the stipulated motion. The trial in this matter is hereby CONTINUED to June 24, 2019 at 9:30 A.M. The pretrial order is due by June 14, 2019. Trial briefs are due by June 17, 2019. The discovery deadline is 120 days before the new trial date and the dispositive motions deadline is 90 days before the new trial date.

DATED this 20th day of February 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk