1

THE HONORABLE JOHN C. COUGHENOUR

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9    BRADFORD L. BENTLEY,                          )    No. 2:17-cv-00533-JCC
                                                   )
10                            Plaintiff,           )    **(PROPOSED) ORDER GRANTING**
                                                   )    **WELLS FARGO'S MOTION TO**
11       v.                                        )    **EXCLUDE THE REPORT AND**
                                                   )    **TESTIMONY OF DOUGLAS MINOR**
12   WELLS FARGO BANK, N.A.,                       )    **UNDER *DAUBERT* AND FED. R.**
                                                   )    **EVID. 702**
13                            Defendant.           )
                                                   )
14                                                 )
                                                   )
15   _____       )

16       THIS MATTER came before the Court on Defendant Wells Fargo Bank, N.A.'s

17   ("Wells Fargo") Motion to Exclude the Report and Testimony of Douglas Minor Under

18   *Daubert* and Fed. R. Evid. 702.  The Court has reviewed the motion; Plaintiff's response;

19   Wells Fargo's reply; and the evidence and papers filed on record with the Court.

20       Based upon the above, **IT IS ORDERED, ADJUDGED, and DECREED** as follows:

21       1.    Wells Fargo's Motion to Exclude the Report and Testimony of Douglas Minor

22   is hereby GRANTED.

23       2.    Mr. Minor's proposed expert report is EXCLUDED from evidence at any trial,

24   hearing, or in relation to any motion.

25

26

ORDER GRANTING MOTION TO EXCLUDE THE
REPORT AND TESTIMONY OF DOUGLAS MINOR - 1
NO. 2:17-cv-00533-JCC

105727.1823/7612802.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

1    3.    Mr. Minor may not offer testimony at any trial, hearing, or in relation to any

2  motion.

3        DATED this ____ day of April 2019.

4

5

6                                    _____
                                     The Honorable John C. Coughenour

7

8

9

10

11  *Presented by:*

12

    LANE POWELL PC
13

14  By *s/Per D. Jansen*                    
        Rudy A. Englund, WSBA No. 04123
15      Pilar C. French, WSBA No. 33300
        Per D. Jansen, WSBA No. 49966
16
    *Attorneys for Defendant Wells Fargo Bank, N.A.*
17

18

19

20

21

22

23

24

25

26

ORDER GRANTING MOTION TO EXCLUDE THE
REPORT AND TESTIMONY OF DOUGLAS MINOR - 2
NO. 2:17-cv-00533-JCC

105727.1823/7612802.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107