THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRADFORD L. BENTLEY, | CASE NO. C17-0533-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On May 23, 2019, the parties notified the Court via email that they had settled the case. Therefore, the Court hereby STRIKES the trial date. The Clerk is DIRECTED to strike Defendant's pending motion for summary judgment and to dismiss (Dkt. No. 35) and motion to exclude (Dkt. No. 38). The Clerk is further DIRECTED to statistically close this case pending the parties' filing of a stipulated order of dismissal.

DATED this 24th day of May 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk