THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRADFORD L. BENTLEY, | CASE NO. C17-0533-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation of voluntary dismissal with prejudice (Dkt. No. 59). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this stipulated notice is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is DIRECTED to close this case.

DATED this 30th day of July 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C17-0533-JCC
PAGE - 1